# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 2:13 cr 282 |
| v. | : | **WAIVER OF INDICTMENT** |
| NORMAN T. REMICK | : | |

I, Norman T. Remick, am charged with violating 15 U.S.C. §1 being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on <u>April 25, 2013</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Norman T. Remick
Defendant

_____
Judson A. Aaron, Esq.
Counsel for Defendant

Before: _____
HONORABLE Dennis M. Cavanaugh
United States District Judge