UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                              DATE: 25 April 2013

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                                      Docket   #   2:13cr282-1

U.S.A.   v.   Norman Redick

Appearances:

AUSA      Bryan Bughman
D         Judson Aaron

Nature of proceedings:

Deft. sworn
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1   Of Information
Rule 11 fld.
Plea Agreement fld.
ORDERED sentence date set for   20 August 2013 at 10:00 am
ORDERED bail set at   $50,000 PR Bond executed in courtroom


Time Commenced_____
Time Adjourned     _____


cc: chambers                                        _Scott P. Creegan_____
                                                    Deputy Clerk