## UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

U.S.A. vs. **Norman Remick**          Docket No. 13-CR-00282-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Richard Antonison** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Norman Remick**, who was placed under pretrial release supervision by Your Honor on April 25, 2013, on a $100,000 Unsecured Appearance Bond and under the following conditions:

1. Pretrial Services Supervision.
2. Surrender all passports and travel documents to Pretrial Services. Do not apply for new travel documents.
3. Travel restricted to the Continental United States, unless otherwise approved by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed within 48 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.**

ORDER OF COURT

Considered and ordered this 8th day of MAY, 2013 and ordered filed and made a part of the records in the above case.

_____
Honorable Dennis M. Cavanaugh
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on MAY 6, 2013

_____
Richard Antonison
United States Pretrial Services Officer

RECEIVED MAY 16 2013 U.S. PRETRIAL SERVICES DISTRICT OF NEW JERSEY