UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                          DATE: 16 September 2013

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                              Docket # 2:13cr282-1

U.S.A.  v.  Norman Remick

Appearances:

Bryan Bughman, John Van Lonkhuyzen & Kristina Srica, Esq  AUSA
Judson Aaron, Esq. for defendant
Kim Artist, U.S. Probation Officer

Nature of proceedings:

SENTENCE:

Ct. 1    3 years Probation
Standard conditions w/special imposed:
1. No New Debt.
2. 6 Months Location Monitoring
3. 50 Hrs. Community Service
4. No New Debt
5. Self employment & Occupational restriction to tax liens
6. Fine $20,000 due immediately
7. Special Assessment $100
Deft. Advised of right to appeal


Time Commenced   11
Time Adjourned   11:30



cc: chambers

Scott P. Creegan  
Scott P. Creegan, Deputy Clerk